## Commonwealth *v.* Harris, Appellant.

Argued December 14, 1966. *Leonard Packel,* Assistant Defender, with him *Martin I. Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Lewis P. Mitrano,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.